UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA A. JOYCE,<br><br>                Plaintiff,<br><br>   vs.<br><br>ARTHUR DANIELS MIDLAND, et al<br><br>                Defendants. | No. CV-10-057-JLQ<br><br>ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE FILE |

     Pursuant to the Plaintiff's Voluntary Dismissal Without Prejudice (C.R. 4), IT IS HEREBY ORDERED that the Clerk of this court shall enter judgment dismissing the complaint and the claims therein without prejudice.

     The Clerk shall enter this Order, enter judgment, furnish copies to counsel, and close this file.

     Dated this 5th day of May, 2010.

                           s/ Justin L. Quackenbush
                        JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1