AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PATRICIA A. JOYCE,

v.

ARTHUR DANIELS MIDLAND, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-057-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint and the claims therein are dismissed without prejudice.

| | |
|---|---|
| May 5, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |